1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRENT LEE HARDING, | No. 2:15-cv-1339 AC (TEMP) P |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR PAYMENT OF INMATE FILING FEE |
| NATHAN WISE et al., | |
| Defendants. | |

To: The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814:

Plaintiff, an inmate at the Rio Cosumnes Correctional Center proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sacramento County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the
/////

1 amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28
2 U.S.C. § 1915(b)(2).

3          Good cause appearing therefore, IT IS HEREBY ORDERED that:

4          1. The Sheriff of Sacramento County or a designee shall collect from plaintiff's trust
5 account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as
6 set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall
7 be clearly identified by the name and number assigned to this action.

8          2. Thereafter, the Sheriff of Sacramento County or a designee shall collect from
9 plaintiff's inmate trust account monthly payments from plaintiff's inmate trust account in an
10 amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's
11 trust account and forward payments to the Clerk of the Court each time the amount in the account
12 exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this
13 action has been paid in full. The payments shall be clearly identified by the name and number
14 assigned to this action.

15         3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
16 signed in forma pauperis affidavit on the Sheriff of Sacramento County, Attention: Inmate Trust
17 Account, 651 I Street, Sacramento, California 95814.

18         4. The Clerk of the Court is directed to serve a copy of this order on the Financial
19 Department of the court.

20 DATED: May 5, 2016

          _____
          ALLISON CLAIRE
          UNITED STATES MAGISTRATE JUDGE